```
_____FILED         _____RECEIVED
_____ENTERED       _____SERVED ON
           COUNSEL/PARTIES OF RECORD

            SEP 19 2016

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ANSHU BHARAT PATHAK )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>JONATHAN KNIGIN, et al )<br>)<br>)<br>)<br>*Defendant(s)* ) | 2:16-cv-02206-JCM-GWF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GOURMET FOOD STORE, LLC
3212 NW 64TH ST, BOCA RATON, FL, 33496

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ANSHU PATHAK
                                                5615 CAMERON ST, # 7, LAS VEGAS, NV 89118

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RUSSELL TANKER

Date: _____09/19/2016_____         _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ANSHU BHARAT PATHAK<br><br>*Plaintiff(s)*<br>v.<br>JONATHAN KNIGIN, et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   2:16-cv-02206-JCM-GWF<br>)<br>)<br>)<br>)<br>) |

FILED
ENTERED                     RECEIVED
                       SERVED ON
            COUNSEL/PARTIES OF RECORD

SEP 19 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GOURMETFOODWORLD.COM
3212 NW 64TH ST, BOCA RATON, FL, 33496

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ANSHU PATHAK
5615 CAMERON ST, # 7, LAS VEGAS, NV 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  09/19/2016                                    RUSSELL TANKER
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ANSHU BHARAT PATHAK <br><br> *Plaintiff(s)* <br> v. <br><br> JONATHAN KNIGIN, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )     2:16-cv-02206-JCM-GWF |

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 19 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JONATHAN KNIGIN
3212 NW 64TH ST, BOCA RATON, FL, 33496

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ANSHU PATHAK
5615 CAMERON ST, # 7, LAS VEGAS, NV 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RUSSELL TANKER

Date: _____09/19/2016_____                               _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 19 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| ANSHU BHARAT PATHAK <br><br> *Plaintiff(s)* <br> v. <br> JONATHAN KNIGIN, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> 2:16-cv-02206-JCM-GWF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GOURMETFOODSTORE.COM
3212 NW 64TH ST, BOCA RATON, FL, 33496

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ANSHU PATHAK
5615 CAMERON ST, # 7, LAS VEGAS, NV 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RUSSELL TANKER

Date: ___09/19/2016___      _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 19 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| | |
|---|---|
| ANSHU BHARAT PATHAK<br><br>*Plaintiff(s)*<br>v.<br>JONATHAN KNIGIN, et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  2:16-cv-02206-JCM-GWF<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STEAKSANDGAME.COM
3212 NW 64TH ST, BOCA RATON, FL, 33496

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ANSHU PATHAK
5615 CAMERON ST, # 7, LAS VEGAS, NV 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RUSSELL TANKER

Date: _____09/19/2016_____                                            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 9 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

ANSHU BHARAT PATHAK )
)
)
)
*Plaintiff(s)* )
v. ) 2:16-cv-02206-JCM-GWF
)
JONATHAN KNIGIN, et al )
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GOURMET FOOD WORLD, LLC
3212 NW 64TH ST, BOCA RATON, FL, 33496

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ANSHU PATHAK
5615 CAMERON ST, # 7, LAS VEGAS, NV 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   09/19/2016                                 RUSSELL TANKER
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ANSHU BHARAT PATHAK <br><br> *Plaintiff(s)* <br> v. <br> JONATHAN KNIGIN, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> 2:16-cv-02206-JCM-GWF |

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        SEP 1 9 2016

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BROADLEAF GAME, INC. 5600 ALAMEDA ST., VERNON, CA 90058

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ANSHU PATHAK
    5615 CAMERON ST, # 7, LAS VEGAS, NV 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
RUSSELL TANKER

Date:  09/19/2016

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ANSHU BHARAT PATHAK <br><br> *Plaintiff(s)* <br> v. <br> JONATHAN KNIGIN, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> 2:16-cv-02206-JCM-GWF |

FILED
ENTER
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 19 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ADVANSIV.COM
3212 NW 64TH ST, BOCA RATON, FL, 33496

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ANSHU PATHAK
5615 CAMERON ST, # 7, LAS VEGAS, NV 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
RUSSELL TANKER

Date:   09/19/2016

*Signature of Clerk or Deputy Clerk*